**Thomas C. RICHARDSON, petitioner,
v. Steven M. SCHAFER, et al.**
No. 12–643.
Feb. 19, 2013.

Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.